IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. CR06-27T |
| v. | ) | In Violation of |
| | ) | 31 U.S.C. §§ 5324(a) |
| ALEX JURIW | ) | and 5324(d) |

**INDICTMENT**

COUNT I

The Grand Jury charges:

Between on or about February 1, 2005, to on or about July 31, 2005, in the District of Rhode Island, the defendant, ALEX JURIW, knowingly and for the purpose of evading the reporting requirements of 31 U.S.C. §§ 5313(a) and 5325, and the regulations promulgated thereunder, structured approximately $407,100 with the United States Post Office, a domestic financial institution.

All in violation of 31 U.S.C. §§ 5324(a) and 5324(d).

A TRUE BILL:

GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey

JAMES H. LEAVEY
Assistant U.S. Attorney

Gerard B. Sullivan

GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

DATE FILED: ____________