AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

U.S.

v.

Alex Jiniw

**APPEARANCE**

Case Number: CR06-27T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the defendant

I certify that I am admitted to practice in this court.

3-8-06

Date

[signature]

Signature

Edward C. Roy Jr. 2323

Print Name Bar Number

10 Weybossett Street, Suite 300

Address

Providence RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number