Kal

RECEIVED
MAR 0 2 2006
US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ALEX JURIW

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR06-27T

(Name and Address of Defendant)

PLEASE CONTACT PRETRIAL SERVICES AT 752-7300 PRIOR TO THE DATE OF HEARING.

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>MARCH 8, 2006 AT 11:00 A.M. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 31 Section(s) 5324(a) and 5324 (d)

Brief description of offense:
STRUCTURING

NO ONE HOME 3/6/06 8:15AM - 10:20AM (2 DEPUTY) 1/2 HRS (WINONA ST)
No one home 3 Dennis St 1 1/2 HRS.
NO ONE HOME 3/7/06 7:30 PM C MOORE (1 DEP) (37 MILES)
Alex Juriw 3/8/06

Signature of Issuing Officer

March 2, 2006
Date

JEANNINE THEALL, DEPUTY CLERK
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 3/8/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 2 EXCHANGE TERRACE 2nd FL PROVIDENCE, R.I.

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/8/06
Date

BURTON STALLWOOD
Name of United States Marshal

C.A Moore
(by) Deputy United States Marshal

Remarks:

FILED
2006 MAR -8 P 3:45
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.