UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

Vs. : CR No. 06-027 T

ALEX JURIW :

MOTION TO CONTINUE

NOW comes the defendant, Alex Juriw, and moves to continue the trial of this matter for sixty (60) days until the Court trial calendar call in June of 2006. In support of this motion, defense counsel states that:

1. The defendant was arraigned on March 8, 2006.

2. Defense counsel needs additional time to investigate the facts of this case.

3. Defense counsel expects that this case will ultimately result in a plea, however, a continuance of sixty (60) days is necessary to investigate the case, which involves numerous financial transactions.

4. The Government has no objection to the defendant's request outlined herein.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of this request outweigh the interest of the government and the defendant in a speedy trial.

ALEX JURIW,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to James H. Leavey, AUSA on the 4th day of April, 2006.

____________________________