IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 06-027T |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. § 371 |
| ALEX JURIW | ) | and 31 U.S.C. § 5324 |

**SUPERSEDING INDICTMENT**

COUNT I

The Grand Jury charges:

Between on or about February 4, 2005, to on or about July 27, 2005, in the District of Rhode Island, the defendant, ALEX JURIW, together with others known and unknown to the Grand Jury, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree among themselves and each other, and for the purpose of evading the reporting requirements of 31 U.S.C. §§ 5313(a) and 5325, and the regulations promulgated thereunder, structured currency transactions with the United States Post Office, a domestic financial institution, and did so as part of a pattern of illegal activity involving more than $100,000 in a twelve month period, and in furtherance of said conspiracy and to achieve the objects thereof, the defendant, ALEX JURIW, committed the following Overt Acts, among others in the District of Rhode Island:

OVERT ACTS

On the dates listed below, defendant, ALEX JURIW, purchased postal money orders in the amounts listed with United States currency at the indicated domestic financial institution.

| DATE | DENOMINATION OF MONEY ORDERS PURCHASED | POST OFFICE |
|---|---|---|
| 02/04/2005 | $1,000.00 | Main Post Office Providence, RI |
| 02/22/2005 | $1,000.00 | Annex Station Providence, RI |
| 03/09/2005 | $1,000.00 | Olneyville Station Providence, RI |
| 07/11/2005 | $1,000.00 | Washington Park Station Providence, RI |
| 07/25/2005 | $1,000.00 | Elmwood Station Providence, RI |
| 07/27/2005 | $1,000.00 | Weybosset Hill Station Providence, RI |

All in violation of Title 18, United States Code, Section 371.

COUNTS 2 THROUGH 7

(Structuring Violations; 31 U.S.C. § 5324(3))

The Grand Jury further charges:

1. On or about the dates set forth below, in the District of Rhode Island, the defendant, ALEX JURIW, knowingly and for the purpose of evading the reporting requirements of 31 U.S.C. § 5313(a) and § 5325, and the regulations promulgated thereunder, structured currency transactions with domestic financial institutions, i.e. United States Post Offices, and did so as part of a pattern of illegal activity involving more than $100,000 in a 12-month period.

2. In each case, the defendant, ALEX JURIW, structured the transaction by dividing a quantity of currency in an amount of

$3,000 or more into two or more portions and using those smaller portions to purchase postal money orders in amounts under $3,000 at two or more United States Post Offices on the same day as follows:

| COUNT | DATE | DESCRIPTION OF TRANSACTIONS | POST OFFICES |
|---|---|---|---|
| 2 | 02/04/2005 | (4) $1,000 postal money orders | Main Post Office<br>Providence, RI<br>East Providence Station<br>East Providence, RI |
| 3 | 02/22/2005 | (12) $1,000 postal money orders<br>(2) $700 postal money orders<br>(2) $500 postal money orders<br>(2) $300 postal money orders | Eastside Station<br>Providence, RI<br>Annex Station<br>Providence, RI<br>East Providence Station<br>East Providence, RI<br>Weybosset Hill Station<br>Providence, RI<br>Cranston Finance Station<br>Cranston, RI<br>Elmwood Station<br>Providence, RI<br>Main Post Office<br>Providence, RI<br>Garden City Station<br>Cranston, RI |

| COUNT | DATE | DESCRIPTION OF TRANSACTIONS | POST OFFICES |
|---|---|---|---|
| 4 | 03/09/2005 | (19) $1,000 postal money orders<br>(10) $500 postal money orders | Olneyville Station<br>Providence, RI<br>Eastside Station<br>Providence, RI<br>East Providence Station<br>East Providence, RI<br>Cranston Finance Station<br>Cranston, RI<br>Elmwood Station<br>Providence, RI<br>Main Post Office<br>Providence, RI<br>Garden City Station<br>Cranston, RI<br>Manville Branch<br>Manville, RI<br>Weybosset Hill Station<br>Providence, RI<br>Johnston Station<br>Johnston, RI<br>Washington Park Station<br>Providence, RI<br>Centerdale Station<br>Centerdale, RI |
| 5 | 07/11/2005 | (18) $1,000 postal money orders<br>(2) $500 postal money orders | Eastside Station<br>Providence, RI<br>East Providence Station<br>East Providence, RI<br>Elmwood Station<br>Providence, RI<br>Weybosset Hill Station<br>Providence, RI<br>Johnston Station<br>Johnston, RI<br>Washington Park Station<br>Providence, RI<br>Centerdale Station<br>Centerdale, RI<br>Annex Station<br>Providence, RI<br>Esmond Station<br>Smithfield, RI |

| COUNT | DATE | DESCRIPTION OF TRANSACTIONS | POST OFFICES |
|---|---|---|---|
| 6 | 07/25/2005 | (15) $1,000 postal money orders<br>(1) $500 postal money order | Eastside Station<br>Providence, RI<br>East Providence Station<br>East Providence, RI<br>Elmwood Station<br>Providence, RI<br>Main Post Office<br>Providence, RI<br>Manville Branch<br>Manville, RI<br>Weybosset Hill Station<br>Providence, RI<br>Washington Park Station<br>Providence, RI<br>Annex Station<br>Providence, RI |
| 7 | 07/27/2005 | (3) $1,000 postal money orders | Annex Station<br>Providence, RI<br>Weybosset Hill Station<br>Providence, RI |

All in violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d)(2).

A TRUE BILL:

REDACTED

GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney

Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

DATE FILED: July 19, 2006