# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ALEX JURIW

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR06-27T

RECEIVED

JUL 19 2006

US MARSHALS
RHODE ISLAND

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>JULY 21, 2006 AT 11:30 A.M. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 371 & 13:5324

Brief description of offense:

CONSPIRACY AND STRUCTURING

Signature of Issuing Officer

July 19, 2006

Date

JEANNINE THEALL, DEPUTY CLERK

Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 7/21/06

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. Magistrate Court 2 Exchange Terr, Providence, RI

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/21/06
Date

Burton Stallwood
Name of ~~United States~~ Marshal

Robert D Young
(by) Deputy United States Marshal

Remarks: Defendant's Attorney Previously served by FAX. Federal Public Defender (Ed Roy)

FILED
2006 JUL 26 P 4: 10
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.