UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

Vs. : CR No. 06-027 T

ALEX JURIW :

DEFENDANT'S OBJECTION TO PRE-SENTENCE REPORT

_____The defendant hereby files the following objection to the Pre-Sentence Report.

1. Paragraph 17 Role In The Offense

The defendant maintains that he should have received a two, or three, level reduction in his offense level based on his minor role in the offense. This defendant was only a courier. He took no responsibility for the management of the overall enterprise which generated the money that he structured. The defendant did not profit other than to receive a small payment for his time. The role of this defendant in structuring the money transactions listed in the indictment is akin to that of a "mule" in drug transactions. Perhaps more significant is the fact that there is no allegation here that, unlike drug transactions, the money that was structured was, in and of itself, illegally derived.

ALEX JURIW,
BY HIS ATTORNEY,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401) 528 - 4281

CERTIFICATION

I hereby certify that I served a copy of the within on James H. Leavey, AUSA and to Dennis Jenkins, SUSPO by way of ECF case filing on the 2nd day of February, 2007.