# Report of Investigation

**Name of Client:** Alex Juriw
**File Number:** 2006-62
**Request By:** Atty. Edward Roy

**Date:** 02/01/07
**Report By:** Daniel Fortier

On 02/01/2007, this investigator interviewed Lora Glascom, 4 Ansel Avenue, Providence, RI. Telephone: 401-461-4026. Her date of birth is 04-12-1954.

After identifying myself to Lora Glascom as an investigator with the Federal Public Defender Office and working with the attorney that represents Alex Juriw, the following interview took place at 30 Ansel Avenue, Providence, RI, at the home of her parents.

By way of background, Lora Glascom is the defendant's sister. When asked how it would affect her and her parents if D was incarcerated, Lora provided the following information.

Lora stated that on an emotional level it would be devastating for both her and her parents, William and Vera Juriw. On a more practical daily living level, it would create a very serious, problematic, and unworkable situation. Both Lora Glasom and Alex Juriw share the responsibilities of caring for their elderly parents on a daily basis. Lora lives several houses away form her parents while Alex Juriw lives at 30 Ansel Avenue with his parents.

Lora stated that her father, William Juriw, was born in the Ukraine on 12/03/1917. He immigrated to the United States on 11/30/1951 and became a citizen of the U.S. approximately five years later. Although mentally alert and intact, at 89 years old, he has a number of physical health problems that limit his ability to care for himself and his wife without assistance. Lora stated that her father has had heart problems for several years and had a pacemaker implanted approximately one year prior to this investigation. William Juriw was also diagnosed with prostate cancer approximately one year ago.

Besides those two major health conditions, William Juriw has a circulation problem and fluid build up in his right leg for which he receives treatment at the Wound Recovery Center in Warwick, at Kent County Hospital. William Juriw also has high blood pressure. Although alert and mentally intact, William Juriw is somewhat forgetful and needs assistance in organizing his daily routines, for example, taking his medications at the proper time and dosage. He takes several medications related to his physical problems. William Juriw requires assistance on a daily basis to be able to continue living in his own home.

Lora Glascom stated that her mother also has physical conditions that make it necessary for her to be assisted on a daily basis. Vera Juriw was born in the Ukraine in 1924, immigrating to the U.S. with her husband in 1951, and becoming a citizen in 1956. She has a heart condition, congestive heart failure, which causes her to tire easily, and she rests frequently, staying in bed much of the day. Vera is mentally unbalanced, and although she has never been diagnosed with a mental illness or being emotionally disturbed, for the past twenty years she has been extremely forgetful, and has displayed, in Lora's description, "bizarre behavior." As an example, Lora stated that Vera will begin a conversation that seems coherent, and then drifts in thought and begins to talk about subjects that are totally incomprehensible. Outside of going to the doctor, Vera is in the house all of the time, twenty-four hours a day, seven days a week. For the past twenty years or more she has been agoraphobic, and refuses to leave the house. She also takes several medications for her conditions and like her husband, requires assistance on a daily basis.

Lora Glascom stated that she and Alex Juriw shares the responsibilities for caring for their parents. She stated that it would be over whelming and unmanageable for one person to take on all of the responsibilities for both of their parents. Lora stated that although she spends approximately 10 hours per day caring for her parents, Alex Juriw lives in the house and is there on average about 20 hours per day. Lora stated that she goes to her parent's house from approximately 8:30 a.m. to 4:30 p.m., and from 9 p.m. to 11:30 p.m., every day. While she takes care of some of the daily chores in running the house, Alex assists her in numerous ways.

Alex Juriw cares for his parents while Lora goes shopping and runs errands for them. She stated that her parents cannot accompany her grocery shopping, or when she does errands that need to be done on a frequent basis. Given William's physical condition, and in Vera's case both physical and mental conditions, it is not possible to take them with her or for that matter, to leave them home alone. Lora stated while she is out of the house Alex makes sure his parents are taking their medications, eating at the proper time, and is there to respond to any emergency. Although she described herself as the driver in the family, taking her parents to doctor appointments, Alex makes sure the car is running properly. He assists in situations by providing his parents with a ride to the doctor in case of a scheduling conflict. He does general maintenance around the house by taking out the trash, assisting with meals and other daily chores, while doing emergency repairs to the plumbing or anything else that needs attention in the house, which may seem small in some ways, but are important in his parents' eyes and that allows them to continue to live in their own house. .

Lora stated that a very important part that Alex plays in caring for their parents is that he is in the house at night while Lora is at home sleeping. She stated that her parents absolutely cannot be left alone overnight. Although Alex is sleeping part of that time, he is in the house to respond to any emergency or situation that arises. Lora stated that a number of times in the past there has been an emergency at night requiring one of her parents to go to the hospital. Alex is there to assist his parents in the case of an emergency or if his parents are not feeling well on any given night. She stated that it has happened in the past that her father has fallen and Alex has been there to help him get up. Alex also provides emotional support and social contact given their

isolation, with no friends or family outside of Lora and Alex.

Lora stated that it would be impossible for either of them to assume all of the responsibilities for caring for William and Vera. Lora stated that she is married and although she lives on the same street, her husband has certain physical conditions that require her to assist him as well. Lora stated that her husband, John Glascom, is diabetic and has vision problems that prevents him from driving. He is employed as a benefits clerk in the Providence School Department. Lora drives him to and from work during the week. Besides keeping up her parents' home, she must keep up her own home too.

Under those circumstances, it is necessary to have a second person involved in her parents' care, namely Alex. If it were not for Alex, William and Vera would not be able to continue living in their own house, which would have a dramatic negative consequence on the entire family. Lora stated that if Alex Juriw is incarcerated it will create a critical situation that requires a great deal of change in Lora's and her parents' lives. Lora stated that she knows that the situation with William and Vera will not get better, and given their age and general conditions of health, they will continue to decline, making any period of incarceration extremely difficult on the entire family.

Although formerly employed as a secretary by Hospital Trust Bank until approximately 10 years ago, upon being laid off at that time, she was unable to return to work because her mother required increased assistance that William could not provide. Lora stated that it would have made it easier on her and John in financial terms, if she had remained employed. Lora stated that she and her husband want to continue living in their own house, and even if they moved in with her parents, John Glascom is employed and would not be in the house during the week to assist her. If Alex Juriw is incarcerated, it is going to create an extremely negative, difficult, and unworkable situation for Lora Glascom, and William and Vera Juriw.