**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 06-027T |
| | ) | |
| ALEX JURIW | ) | |

## NOTICE OF ENTRY OF APPEARANCE

I hereby enter my appearance as substitute counsel for the United States of America in the above matter. Assistant United States Attorney James H. Leavey, who was previously assigned this matter, has left our office.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U. S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
peter.neronha@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 7th day of February, 2007, I electronically filed the within Notice of Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Edward C. Roy, Esquire
Federal Public Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903
edward_roy@fd.org

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U. S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
peter.neronha@usdoj.gov