**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CR-06-27T** |
| **ALEX JURIW** | : | |

**GOVERNMENT'S MOTION FOR LEAVE TO DISMISS SUPERSEDING INDICTMENT**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, hereby moves the Court to dismiss the superseding indictment pursuant to Federal Rule of Criminal Procedure 48(a). As grounds therefore, the government states as follows:

On March 1, 2006, the grand jury issued an indictment charging the defendant with a single count of structuring in violation of 31 U.S.C. §§ 5324(a) and 5324(d). On July 19, 2006, the grand jury issued a superseding indictment charging the defendant with one count of conspiracy to engage in structuring, as well as six substantive structuring counts. On August 30, 2006, the defendant pleaded guilty to the original, single count indictment, and is scheduled to be sentenced on that original indictment on March 28, 2007. Accordingly, the government moves

the Court to dismiss the superseding indictment.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: March 2, 2007

Certificate of Service

I hereby certify that on the 2nd day of March, 2007, I caused a copy of the within Government's Motion To Dismiss Superseding Indictment to be served by the electronic filing system upon Edward C. Roy, Assistant Federal Defender and counsel for the defendant.

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov